10/26/2015                    TDCJ Offender Details

84 0669-01

  TDCJ Home  New Offender Search

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 04264830 |
| **TDCJ Number:** | 02014366 |
| **Name:** | HOWARD,ERNEST TYRONE |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1972-06-27 |
| **Maximum Sentence Date:** | 2049-11-17 |
| **Current Facility:** | MICHAEL |
| **Projected Release Date:** | 2049-11-17 |
| **Parole Eligibility Date:** | 2031-11-17 |
| **Offender Visitation Eligible:** | NO |

*The offender is temporarily ineligible for visitation. Please call the offender's unit for any additional information.*

*The visitation information is updated once daily during weekdays and multiple times per day on visitation days.*

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

## Parole Review Information

**Offense History:**

| Offense | County |
|---|---|